### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| **PETER WILSON**, *on behalf of himself and all others similarly situated*,<br><br>*Plaintiff*,<br>v.<br><br>**ENSURE HEALTH GROUP CORP**,<br><br>*Defendant*. | Civil Case No.: 5:23-cv-220 |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Peter Wilson, hereby gives notice that this action is voluntarily dismissed.  Defendant, Ensure Health Group Corp has not served an answer or motion for summary judgment in this action.  Accordingly, Plaintiff notices voluntary dismissal of this action, with prejudice.  *See* Fed. R. Civ. P. 41(a)(1)(B).  Each party shall bear its own attorneys' fees and costs.

**Dated:** March 1, 2023

s/ *Max S. Morgan*_____
Max S. Morgan, Esquire
Eric H. Weitz, Esquire*
**THE WEITZ FIRM, LLC**
1515 Market Street, #1100
Philadelphia, PA 19102
Tel: (267) 587-6240
Fax: (215) 689-0875
max.morgan@theweitzfirm.com
eric.weitz@theweitzfirm.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served on Defendant, Ensure Health Group Corp via electronic mail to the below recipient, based on the written consent of Defendant:

Frantz Saint Val
President, Ensure Health Group Corp.
fsaintval@ehgcorp.com

**Dated:** March 1, 2023

                                                                 s/ *Max S. Morgan*_____
                                                                 Max S. Morgan, Esquire